NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARICE NICHOLE JONES,      )
                            )
          Appellant,        )
                            )
v.                          )          Case No. 2D17-1401
                            )
DEPARTMENT OF REVENUE, o/b/o )
TIMOTHY PAUL ADAMS,         )
                            )
          Appellee.         )
_____ )

Opinion filed August 17, 2018.

Appeal from an Administrative Order of
the Department of Revenue.

Charice Nichole Jones, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Toni C. Bernstein,
Senior Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, CRENSHAW, and ATKINSON, JJ., Concur.